AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| RONALD DAPUZZO et al. <br> *Plaintiff* <br> v. <br> MARK ANDERSON, M.D. <br> *Defendant* | ) ) ) ) ) Civil Action No. 14-6107(FLW) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   IT IS ORDERED AND ADJUDGED THAT JUDGMENT BE ENTERED IN FAVOR OF DEFENDANT MARK ANDERSON, M.D. FOR NO CAUSE OF ACTION.

This action was *(check one)*:

☑ tried by a jury with Judge   FREDA L. WOLFSON, U.S.D.J.   presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:   6/10/16

CLERK OF COURT (William T. Walsh)

*Jacqueline Gore*
*Signature of ~~Clerk or~~ Deputy Clerk*